

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Daniel Aragon Machado,

Vs. No. 11-19-00092-CR

The State of Texas,

\* From the 42nd District Court
of Taylor County,
Trial Court No. 27117A.

\* March 31, 2021

\* Memorandum Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is modified to reflect that Daniel Aragon Machado pleaded "NOT GUILTY." The judgment of the trial court is also modified to reflect that Daniel Aragon Machado pleaded "TRUE" to the first enhancement paragraph and that the jury found the enhancement paragraph to be "TRUE." As modified, the judgment of the trial court is affirmed.